# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: DEWAYNE M. TENTLER          §          Case No. 18-81273
　　　 JANICE TENTLER               §
　　　　　　　　　　　　　　　　　 §
　　　　　　 Debtor(s)              §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)  The case was filed on 06/14/2018.

2)  The plan was confirmed on NA.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4)  The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 08/17/2018.

5)  The case was dismissed on 08/30/2018.

6)  Number of months from filing or conversion to last payment: NA.

7)  Number of months case was pending: 3.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 0.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 0.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GARY C FLANDERS | Lgl | 4,000.00 | 4,000.00 | 0.00 | 0.00 | 0.00 |
| AUCTION Z INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GREGORY STEELE | Sec | 10,500.00 | NA | NA | 0.00 | 0.00 |
| GREGORY & DOUG STEELE | Sec | 10,500.00 | NA | NA | 0.00 | 0.00 |
| HARLEY-DAVIDSON CREDIT CORP | Sec | 3,000.00 | 2,306.92 | 2,306.92 | 0.00 | 0.00 |
| INTEGRITY MOTOR CARS INC | Sec | 4,500.00 | 3,978.00 | 3,978.00 | 0.00 | 0.00 |
| JONES & JEZREVALE BUENSECESO | Sec | 12,000.00 | NA | NA | 0.00 | 0.00 |
| LARRY BJORNSON | Sec | 3,000.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA, INC | Sec | 26,000.00 | 24,862.89 | 24,862.89 | 0.00 | 0.00 |
| WAYNE KOCH | Sec | 5,000.00 | 3,865.53 | 3,865.53 | 0.00 | 0.00 |
| WINN COUNTY TRUSTEE | Sec | 4,000.00 | NA | NA | 0.00 | 0.00 |
| WINN COUNTY TRUSTEE | Sec | 800.00 | NA | NA | 0.00 | 0.00 |
| WINN COUNTY TRUSTEE | Uns | 2,600.00 | NA | NA | 0.00 | 0.00 |
| WINN COUNTY TRUSTEE | Sec | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 215.15 | 215.15 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 3,440.45 | 3,440.45 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Uns | 10,000.00 | 10,068.75 | 10,068.75 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ASHWORTH COLLEGE | Uns | 869.00 | NA | NA | 0.00 | 0.00 |
| ASPIRUS LANGLADE HOSPITAL | Uns | 648.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 1,122.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 112.00 | 152.89 | 152.89 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 2,858.00 | 2,858.88 | 2,858.88 | 0.00 | 0.00 |
| CARDINAL STRITCH COLLEGE | Uns | 8,700.00 | NA | NA | 0.00 | 0.00 |
| CHASE / BANK ONE CARD SERV | Uns | 3,557.00 | NA | NA | 0.00 | 0.00 |
| CHASE / BANK ONE CARD SERV | Uns | 512.00 | NA | NA | 0.00 | 0.00 |
| CITICARDS CBNA | Uns | 872.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD AMBULANCE | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,400.00 | 2,236.20 | 2,236.20 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 803.00 | NA | NA | 0.00 | 0.00 |
| CORNERSTONE CREDIT UNION | Uns | 7,000.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV, LLC BY | Uns | 704.00 | 704.59 | 704.59 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 560.00 | 554.24 | 554.24 | 0.00 | 0.00 |
| FINGERHUT / WEBBANK | Uns | 472.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 472.00 | 472.07 | 472.07 | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT | Uns | 460.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 751.00 | 751.85 | 751.85 | 0.00 | 0.00 |
| IHC SWEDISH AMERICAN | Uns | 904.00 | 910.09 | 910.09 | 0.00 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Uns | 5,065.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY / SYNCHRONY BANK | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| JOE FOSTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 508.00 | 508.82 | 508.82 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 2,600.00 | 2,599.99 | 2,599.99 | 0.00 | 0.00 |
| OSFMG | Uns | 367.00 | 572.40 | 572.40 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,146.00 | 2,684.71 | 2,684.71 | 0.00 | 0.00 |
| OSFMG | Uns | 900.00 | 485.25 | 485.25 | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Uns | 345.00 | NA | NA | 0.00 | 0.00 |
| PROTECT AMERICA | Uns | 1,393.00 | NA | NA | 0.00 | 0.00 |
| RAKER APPLIANCE REPAIR | Uns | 4,028.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 1,875.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 4,600.00 | 2,129.00 | 2,129.00 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM RMH | Uns | 5,800.00 | NA | NA | 0.00 | 0.00 |
| SEARS / CBNA | Uns | 321.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SEARS / CBNA | Uns | 630.00 | NA | NA | 0.00 | 0.00 |
| SFC | Uns | 368.00 | 368.00 | 368.00 | 0.00 | 0.00 |
| SWEDISH AMERICAN HEALTH | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 170.00 | 207.48 | 207.48 | 0.00 | 0.00 |
| TD BANK USA, N.A. | Uns | 152.00 | 224.86 | 224.86 | 0.00 | 0.00 |
| US BANK | Uns | 833.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN | Uns | 0.00 | 2,701.97 | 2,701.97 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 1,943.00 | 1,943.29 | 1,943.29 | 0.00 | 0.00 |
| VICTORIAS SECRET / COMENITY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JANISHIA TOMLINSON | Pri | 0.00 | 650.00 | 650.00 | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | 2,931.28 | 2,931.28 | 0.00 | 0.00 |
| BMO HARRIS BANK NA | Uns | 0.00 | 365.54 | 365.54 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 31,147.81 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 3,865.53 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 35,013.34 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 865.15 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 865.15 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 39,872.60 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 0.00 | |
| Disbursements to Creditors | $ 0.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  <u>09/20/2018</u>                    By:  <u>/s/ Lydia S. Meyer</u>
                                                    Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)